**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Vicor Corporation    v.   SynQor, Inc.

No. 14-1578

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:   Vicor Corporation
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☑ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Matthew A. Smith |
| Law firm: | Turner Boyd LLP |
| Address: | 702 Marshall Street, Suite 640 |
| City, State and ZIP: | Redwood City, CA 94063 |
| Telephone: | 650-521-5930 |
| Fax #: | 650-521-5931 |
| E-mail address: | smith@turnerboyd.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): August 3, 2012

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| July 10, 2014 | /s/ Matthew A. Smith |
| Date | Signature of pro se or counsel |

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on 7/10/2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| Matthew A. Smith | /s/ Matthew A. Smith |
| Name of Counsel | Signature of Counsel |

Law Firm: Turner Boyd LLP

Address: 702 Marshall Street, Suite 640

City, State, ZIP: Redwood City, CA 94063

Telephone Number: 650-521-5930

FAX Number: 650-521-55931

E-mail Address: smith@turnerboyd.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.